# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

JENNIFER RUCH, individually and on behalf of others similarly situated,

Plaintiff,

vs.

SELECTQUOTE INSURANCE SERVICES INC.,

Defendant.

) ) ) ) ) ) ) ) ) ) ) )

Case No. 6:26-cv-03157

## ENTRY OF APPEARANCE

Paul M. Croker of the law firm Armstrong Teasdale LLP hereby enters his appearance on

behalf of Defendant SelectQuote Insurance Services, Inc..

Respectfully Submitted,

*/s/ Paul M. Croker*
Paul M. Croker        #57000
Madeline L. Mann      #78084
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
prcoker@atllp.com
mlmann@atllp.com

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 15, 2026, a copy of the foregoing was filed with the Clerk of the Court, United States District Court for the Western District of Missouri and servied via CM/ECF on all parties of record.

*/s/ Paul M. Croker*
Paul M. Croker

2