**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

JENNIFER RUCH, individually and on behalf )
of others similarly situated, )
                                       )

             Plaintiff, )
                                       )

vs. )
                                       )
                                       )   Case No. 6:26-cv-03157
                                       )

SELECTQUOTE INSURANCE SERVICES )
INC., )
                                       )
                                       )

             Defendant.

## ENTRY OF APPEARANCE

Madeline L. Mann of the law firm Armstrong Teasdale LLP hereby enters her appearance

on behalf of Defendant SelectQuote Insurance Services, Inc..

                                       Respectfully Submitted,

                                       */s/ Madeline L. Mann*
                                       Paul M. Croker     #57000
                                       Madeline L. Mann   #78084
                                       ARMSTRONG TEASDALE LLP
                                       2345 Grand Boulevard, Suite 1500
                                       Kansas City, Missouri 64108-2617
                                       Phone: 816-221-3420
                                       Fax: 816-221-0786
                                       prcoker@atllp.com
                                       mlmann@atllp.com

                                       *Attorneys for Defendant,*
                                       *SelectQuote Insurance Services*

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, a copy of the foregoing was filed with the Clerk of the Court, United States District Court for the Western District of Missouri and servied via CM/ECF on all parties of record.

/s/ Madeline L. Mann

Madeline L. Mann