# Exhibit A

LIST OF STATES AND COURTS ADMITTED OR LICENSED TO
PRACTICE LAW IN:

| **STATE COURTS:** | **ADMITTED** | **BAR NO.** |
|---|---|---|
| Florida | 10/02/2015 | 119399 |
| Louisiana | 05/12/2016 | 36948 |

| **FEDERAL COURTS:** | | |
|---|---|---|
| USDC, Eastern District of Louisiana | 02/13/2019 | 36948 |
| USDC, Western District of Michigan | 05/15/2020 | |
| USDC, Northern District of Ohio | 12/14/2020 | |
| USDC, Eastern District of Wisconsin | 04/26/2021 | |
| USDC, Western District of Tennessee | 07/20/2021 | |
| USDC, Eastern District of Missouri | 09/27/2022 | 36948LA |
| US Court of Appeals 9TH Circuit | 10/04/2022 | 36948 |
| US Court of Appeals 3rd Circuit | 03/20/2023 | |
| USDC, Eastern District of Michigan | 04/17/2023 | |
| USDC, Southern District of Indiana | 04/18/2023 | |
| USDC, Northern District of Illinois | 05/03/2023 | |
| USDC, Western District of Wisconsin | 06/14/2023 | |
| USDC, Southern District of Florida | 08/01/2023 | 119399 |
| USDC, Middle District of Florida | 07/05/2023 | 119399 |
| USDC, Western District of Louisiana | 09/12/2023 | 36948 |
| USDC, Northern District of Florida | 12/27/2023 | 119399 |