| | |
|---|---|
| JENNIFER RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:26-03157 |
| | ) |
| SELECTQUOTE INSURANCE | ) |
| SERVICES INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT, SELECTQUOTE INSURANCE SERVICES'S
### MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant, SelectQuote Insurance Services ("SelectQuote"), through counsel, moves to dismiss the Class Action Complaint (Doc. 1) filed by Plaintiff, Jennifer Rush ("plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: June 3, 2026

Respectfully submitted,

/s/ *Bradley J. St. Angelo*
Bradley J. St. Angelo, Esq. (*PHV*)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002-8319
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: bstangelo@sessions.legal

and

/s/ *Paul M. Croker*
Paul M. Croker            #57000
Madeline L. Mann        #78084
ARMSTRONG TEASDALE LLP

2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
pcroker@atllp.com
mlmann@atllp.com

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notice to all parties through their counsel of record.

/s/ Paul M. Croker
Paul M. Croker, Esq.

2