| | |
|---|---|
| JENNIFER RUSH *on behalf of herself and others similarly situated*, | ) )Civil Action No.: 6:26-cv-3157 ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SELECTQUOTE INSURANCE SERVICES INC. | ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Jennifer Rush respectfully moves for leave to file Suggestions in Opposition to Defendant's Motion to Dismiss not to exceed thirty (30) pages. In support, Plaintiff states as follows:

1.      Defendant has moved to dismiss Plaintiff's Complaint on two independent grounds.

2.      The issues raised by Defendant's motion involve substantial questions concerning the scope of the Telephone Consumer Protection Act's National Do Not Call Registry provisions, the effect of recent appellate and district court decisions addressing those provisions, and Defendant's argument that only the individual

who personally registered a telephone number on the National Do Not Call Registry may bring suit.

3.	Plaintiff has made good-faith efforts to present these issues as efficiently as possible. However, given the number and complexity of the authorities relied upon by Defendant and the issues raised by the motion, Plaintiff requires additional pages to adequately address Defendant's arguments.

4.	Plaintiff therefore requests leave to file Suggestions in Opposition not to exceed thirty (30) pages.

5.	Pursuant to Local Rule 7.0(a), counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested herein. Defendant does not oppose this motion. Defendant has requested reciprocal consideration should additional pages be necessary for its reply.


WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file Suggestions in Opposition to Defendant's Motion to Dismiss not to exceed thirty (30) pages.


Dated: June 4, 2026	PLAINTIFF, on behalf of herself
and others similarly situated,


By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*

1

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com