| | |
|---|---|
| JENNIFER RUSH, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 6:26-cv-03157 |
| SELECTQUOTE INSURANCE SERVICES INC., | ) ) ) ) |
| Defendant. | |

**DEFENDANT SELECTQUOTE INSURANCE SERVICES'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant SelectQuote Insurance Services ("SelectQuote"), by and through undersigned counsel, moves the Court for an Order granting SelectQuote an extension of ten (10) days to and including June 25, 2026, to file a reply in support of its motion to dismiss. In support of this unopposed motion, SelectQuote states as follows:

1. Plaintiff filed its Complaint on March 13, 2026.

2. SelectQuote waived service on March 20, 2026.

3. SelectQuote filed its Motion to Dismiss on June 3, 2026.

4. Plaintiff filed its Opposition on June 4, 2026.

5. Due to the pressing nature of other matters, SelectQuote seeks additional time to prepare its reply in support of its Motion to Dismiss.

6. SelectQuote is requesting an additional ten (10) days to do so.

7. The requested extension does not impact any other deadlines.

8. There have been no prior requests to extend this deadline.

9. This request is not made for purposes of delay and will not prejudice any party in this matter.

10. Undersigned counsel conferred with Plaintiff's counsel on June 15, 2026, and Plaintiff does not oppose the requested extension.

WHEREFORE, for the reasons set forth herein, SelectQuote respectfully requests that the Court enter an Order granting it an extension of ten (10) days, to and including June 25, 2026, to file its responsive pleading.

ARMSTRONG TEASDALE LLP

By: */s/ Paul M. Croker*
Paul M. Croker                    #57000
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
pcroker@atllp.com

SESSIONS, ISRAEL & SHARTLE, LLC

*/s/ Bradley St. Angelo*
Bradley St. Angelo (*Admitted PHV*)
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Phone: 504-828-3700
Fax: 504-828-3737
bstangelo@sessions.legal

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing service on all counsel of record.

/s/ *Paul M. Croker*

Case 6:26-cv-03157-MBB    Document 19    Filed 06/15/26    Page 3 of 3