**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JENNIFER RUCH, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SELECTQUOTE INSURANCE SERVICES INC., | ) Case No. 6:26-cv-03157 ) ) |
| Defendant. | ) ) ) |

## MOTION TO WITHDRAW

COMES NOW Madeline L. Mann, of the law firm Armstrong Teasdale LLP, withdraws

as counsel for Defendant SelectQuote Insurance Services, Inc. Paul M. Croker. of Armstrong

Teasdale LLP will remain as counsel for Defendant SelectQuote Insurance Services, Inc..

Respectfully Submitted,

*/s/ Madeline L. Mann*
Paul M. Croker          #57000
Madeline L. Mann      #78084
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
prcoker@atllp.com
mlmann@atllp.com

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

1

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, a copy of the foregoing was filed with the Clerk of the Court, United

States District Court for the Western District of Missouri and servied via CM/ECF on all parties

of record.

*/s/ Madeline L. Mann*
Madeline L. Mann