# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:26-03157 |
| | ) |
| SELECTQUOTE INSURANCE | ) |
| SERVICES INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT, SELECTQUOTE INSURANCE SERVICES'S
## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION
## TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant, SelectQuote Insurance Services ("SelectQuote"), submits this Notice of Supplemental Authority in Support of its Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 14) (the "Motion"), and respectfully states as follows:

On July 14, 2026, after briefing on the Motion was closed, the United States Court of Appeals for the Seventh Circuit issued a decision in *Steidinger v. Blackstone Med. Servs.*, No. 25-2398, 2026 U.S. App. LEXIS 20613 (7th Cir. July 14, 2026).[1] A copy of the decision is attached as Exhibit A. As the issue in *Steidinger* is directly on point to SelectQuote's argument that the TCPA does not provide a private right of action for text messages under 47 U.S.C. § 227(c)(5), but was decided after briefing closed on the Motion, SelectQuote submits this Notice without further argument.

---

[1] *Steidinger* affirms the United States District Court for the Central District of Illinois's decision in *Jones v. Blackstone Med. Servs., LLC*, 792 F. Supp. 3d 894 (C.D. Ill. 2025), cited by SelectQuote in support of its Motion. *See* Doc. 15 at p. 4; Doc. 23 at pp. 4–6.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Bradley J. St. Angelo*
Bradley J. St. Angelo, Esq. (*PHV*)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002-8319
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: bstangelo@sessions.legal

and

Paul M. Croker          #57000
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
pcroker@atllp.com

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, a copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notice to all parties through their counsel of record.

/s/ *Bradley J. St. Angelo*
Bradley J. St. Angelo, Esq.

2